JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| Chris Langer,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>Gary L. Moates, in his individual and representative capacity as trustee of the Moates Trust;<br>Deepak B. Jhaveri; and Does 1-10,<br><br>　　　　Defendants. | Case: 2:14-CV-00360-PA-MRW<br><br>**STIPULATION FOR DISMISSAL PURSUANT TO F.R.CIV.P. 41 (a) (1); & ORDER THEREON**<br><br>**ORDER** |

### **ORDER**

Having read the foregoing Stipulation and good cause appearing therefore, this action is hereby ordered dismissed with prejudice, each party to bear their own attorneys' fees and costs.

Dated: March 28, 2014      _____
　　　　　　　　　　　　HONORABLE PERCY ANDERSON
　　　　　　　　　　　　UNITED STATES DISTRICT COURT JUDGE